✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hughes, Patrick D | Docket No. | 0980 2:22CR00133-TOR-18 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Patrick D Hughes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 27th day of September 2022 under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hughes. Mr. Hughes acknowledged an understanding of the release conditions at that time.

**Violation #1:** Patrick D. Hughes is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about October 2, 2022.

On n October 4, 2022, Mr. Hughes reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Mr. Hughes verbally admitted he smoked methamphetamine on or about October 2, 2022. Subsequently, Mr. Hughes signed a substance abuse admission form acknowledging his use of methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  October 11, 2022 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Hughes,, Patrick D
October 11, 2022
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/12/22

Date