# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.    Hughes, Patrick D.    Docket No.    0980 2:22CR00133-TOR-18

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Patrick D. Hughes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 27th day of September 2022, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hughes. Mr. Hughes acknowledged an understanding of the release conditions at that time.

**Violation #1:** Patrick D. Hughes is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on October 14, 2022.

On October 14, 2022, Mr. Hughes reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine and fentanyl. Mr. Hughes signed a substance abuse admission form acknowledging he ingested illegal controlled substances on or about October 12, 2022. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On October 22, 2022, Alere confirmed the above-noted urine specimen tested negative for the presence of fentanyl.

On October 25, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Patrick D. Hughes is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on October 19, 2022.

On October 19, 2022, Mr. Hughes reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Hughes denied using illegal controlled substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On October 26, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

PS-8

**Re: Hughes, Patrick D.**
**November 3, 2022**
**Page 2**

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:     November 3, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_James A. Goeke_ (signature)
Signature of Judicial Officer

11/4/2022
Date